## MOTION DOCKET

**87–447. State v. Henderson.** *Hamilton County*, No. C–850557. On motion to set execution date. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent and would allow counsel thirty days to file pursuant to *State v. Murnahan* (1992), 63 Ohio St.3d 60, 584 N.E.2d 1204.